UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| STANLEY J. MADAY,<br><br>     Plaintiff,<br><br>  vs.<br><br>BOB DOOLEY, Chief Warden At Mike Durfee State Prison, Individual And Official Capacity; DENNIS KAEMINGK, Secretary Of The South Dakota Doc, Individual And Official Capacity; DR. MARY CARPENTER, Director Of The Department Of Health, Individual And Official Capacity; JENNIFER STANWICK-KLIMEK, Deputy Warden At Mike Durfee State Prison, Individual And Official Capacity; REBECCA SCHIEFFER, Associate Warden At Mike Durfee State Prison, Individual And Official Capacity; ALEJANDRO REYES, Associate Warden At Mike Durfee State Prison, Individual And Official Capacity; BRENT FLUKE, Associate Warden At Mike Durfee Sttae Prison, Individual And Official Capacity; JOSH KLIMEK, Unit Manager At Mike Durfee State Prison, Individual And Official Capacity; TRAVIS TJEERDSMA, Case Manager At Mike Durfee State Prison, Individual And Official Capacity; TAMMY DEJONG, Case Manager At Mike Durfee State Prison, Individual And Official Capacity; PA MICHAEL JOE HANVEY, Medical Provider At Mike Durfee State Prison, Individual And Official Capacity; DR. STEPHAN SCHROEDER, Medical Provider At Mike Durfee State Prison, Individual And Official Capacity; MISTY TOLSMA-HANVEY, Nursing Supervisor, At Mike Durfee State Prison Individual And | 4:17-CV-04168-KES<br><br>JUDGMENT |

Official Capacity; LINDSEY RABBASS, Nurse At Mike Durfee State Prison, Individual And Official Capacity; ROBIN MYER, Nurse At Mike Durfee State Prison, Individual And Official Capacity; CANDICE FEJFAR, Nurse At Mike Durfee State Prison, Individual And Official Capacity; DAYNA KLAWITTER, Nurse At Mike Durfee State Prison, Individual And Official Capacity; DENNIS CROPPER, Correctional Officer At Mike Durfee State Prison, Individual And Official Capacity; THOMAS HUITEMA, Correctional Officer At Mike Durfee State Prison, Individual And Official Capacity; MICHAEL MEYER, Correctional Officer At Mike Durfee State Prison, Individual And Official Capacity; LORI STRATMAN, Correctional Officer At Mike Durfee State Prison, Individual And Official Capacity; MIKE GROSSHUESCH, Correctional Officer At Mike Durfee State Prison, Individual And Official Capacity; NICOLE ST. PIERRE, Correctional Officer At Mike Durfee State Prison, Individual And Official Capacity; MURIEL NAMMINGA, Laundry Supervisor At Mike Durfee State Prison, Individual And Official Capacity; CATHERINE SCHLIMGEN, Legal Counsel For The South Dakota Doc, Individual And Official Capacity; UNKNOWN SOUTH DAKOTA DOC EMPLOYEES, Individual And Official Capacites; UNKNOWN SOUTH DAKOTA DOH EMPLOYEES, INDIVIDUAL AND OFFICIAL CAPACITIES; JON E. LITSCHER, Secretary Of The Wisconsin Doc, Individual And Official Capacity; KATHARINE A. ARISS, Assistant Legal Counsel For The Wisconsin Doc, Individual And Official Capacity; THOMAS P. MALONEY, Library Services And Educational Technology Coordinator For The Wisconsin Doc, Individual And Official Capacity; and UNKNOWN WISCONSIN DOC EMPLOYEES, Individual And Official Capacities;

|  Defendants. |  |
|---|---|

Under the Order Adopting Report and Recommendation as Modified and Granting In Part And Denying In Part Defendants' Motions For Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that summary judgment is granted in favor of Bob Dooley, Dennis Kaemingk, Dr. Mary Carpenter, Jennifer Stankwick-Klimek, Rebecca Schieffer, Alejandro Reyes, Brent Fluke, Josh Klimek, Travis Tjeerdsma, Tammy DeJong, Michael Joe Hanvey, Dr. Stephan Schroeder, Misty Tolsma-Hanvey, Lindsey Rabbass, Robin Myer, Candice Fejfar, Dayna Klawitter, Dennis Cropper, Thomas Huitema, Michael Meyer, Lori Stratman, Mike Grosshuesch, Nicole St. Pierre, Muriel Namminga, Catherine Schlimgen, Joe E. Litscher, Katharine A. Ariss, Thomas P. Maloney, unknown South Dakota Department of Corrections employees, unknown South Dakota Department of Health/Correctional Health Services employees, and unknown Wisconsin Department of Corrections employees.

DATED September 30, 2019.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE